UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANNA LAURA HUCKELBA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:16-CV-247-D |
| ) | |
| DIANE DEERING, THOMAS DEERING, ) | |
| and TLC AUTOWASH AND FAST LUBE, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 18]. The court DISMISSES with prejudice Diane Deering and Thomas Deering as defendants. The court DISMISSES plaintiff's sex-discrimination claim for lack of subject-matter jurisdiction. The court DISMISSES without prejudice plaintiff's retaliation claim for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on October 17, 2016, and Copies To:**

| | |
|---|---|
| Anna Laura Huckelba | (via US Mail to:122 Forest Manor Dr., Sanford, NC 27332) |
| Kevin Scott Joyner | (via CM/ECF electronic notification) |

DATE                                        **JULIE RICHARDS JOHNSTON, CLERK**

October 17, 2016                  By:    /s/ Crystal Jenkins

                                                                      Deputy Clerk